# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: September 20, 2011 |
| Court Reporter: Janet Coppock | Time: 43 minutes |
| Probation Officer: Lisa Pence and Shelley Seacotte | Interpreter: Adriana Weisz |

**CASE NO. 11-CR-00081-PAB and 11-CR-00328-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | John Canedy |
| Plaintiff, | |
| vs. | |
| **JEOVANI SERRANO-GAMEZ,** | Matthew Golla |
| Defendant. | |

**SENTENCING and HEARING ON VIOLATIONS OF SUPERVISED RELEASE**

**3:03 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter sworn with no challenges to her qualifications.

Mr. Canedy advises the Court that the defendant has not been formally advised of the supervised release violations before a Magistrate Judge.

Mr. Golla, after conferring with the defendant, requests this Court advise the defendant and proceed with the violation hearing.

Court advises the defendant of the violations alleged in the Petition for Violation of Supervised Release (11-CR-00328-PAB).

**3:16 p.m.**     <u>**SENTENCING - 11-CR-00081-PAB**</u>

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Argument by Mr. Golla in support of defendant's Motion for a Variance Sentence Below the Advisory Guideline Range (Doc #23), filed 9/9/11 and comments addressing sentencing.

Argument by Mr. Canedy and comments addressing sentencing.

Defendant addresses the Court.  Questions by the Court.

Court states its findings and conclusions.

**ORDERED:**  Defendant's Motion for a Variance Sentence Below the Advisory Guideline Range (Doc #23), filed 9/9/11, is **DENIED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **June 9, 2011** to count **One of the Indictment.**

**ORDERED:**  Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:**  Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **15** months, to be served consecutive with sentence of imprisonment imposed in Case No. 11-CR-00328-PAB.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of 3 years.

Page Three
11-CR-00081-PAB and 11-CR-00328-PAB
September 20, 2011

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the defendant will likely be deported.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.
- (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**3:34 p.m.** **HEARING ON VIOLATIONS OF SUPERVISED RELEASE**

Mr. Pepin advises that the defendant is prepared to admit to the violations alleged in the Petition for Violations of Supervised Release.

Page Four
11-CR-00081-PAB and 11-CR-00328-PAB
September 20, 2011

Defendant **ADMITS** to the violations alleged in the Petition for Violations of Supervised Release.

Court states its findings.

**ORDERED:** Supervised Release is **REVOKED.**

**ORDERED:** Defendant shall be **imprisoned** for **8** months, to be served consecutive with sentence of imprisonment imposed in Case No. 11-CR-0081-PAB.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**3:46 p.m.**     **COURT IN RECESS**

**Total in court time:**     43 minutes

**Hearing concluded**